[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 13-12660
Non-Argument Calendar
_____

D.C. Docket No. 3:11-cv-00143-CDL

RENASANT BANK INC.,

Plaintiff-Appellee,

versus

EARTH RESOURCES OF FRANKLIN COUNTY, LLC,
JOHN F. SMITHGALL,

Defendants-Appellants,

CHARLES C. DINSMORE,

Defendant.

_____

Appeal from the United States District Court
for the Middle District of Georgia
_____

(October 9, 2013)

Before DUBINA, PRYOR, and HILL, Circuit Judges.

PER CURIAM:

Defendants appeal the district court's grant of summary judgment to plaintiff Renasant Bank, Inc. for the principal, interest, collection expenses and attorneys' fees in connection with Earth Resources of Franklin County, LLC's promissory note in favor of plaintiff and John F. Smithgall's personal guaranty of that note. The district court entered two orders in this connection, both of which comprise the judgment appealed herein.

We have reviewed these orders and the entire record in this action. Finding no reversible error in the district court's grant of summary judgment to plaintiff on defendants' indebtedness to it, the judgment is due to be

AFFIRMED.